IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON W. SHOEMAKER, ESQ., <br> 151 W. Patrick Street <br> Frederick, Maryland 21701, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br> 1401 Constitution Ave., NW <br> Washington, DC 20230, <br><br> Defendant. | C.A. No. 16-109 |

## COMPLAINT FOR INJUNCTIVE RELIEF AND COMPENSATORY DAMAGES

1.  This is an action under the Freedom of Information Act, codified at 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff Jason W. Shoemaker, Esq. (hereinafter "Plaintiff") by Defendant Department of Commerce (hereinafter "Defendant").

### Jurisdiction and Venue

2.  This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in the United States District Court for the District of Columbia pursuant to 5 U.S.C. § 552(a)(4)(B).

3.  Plaintiff Jason W. Shoemaker, Esq. is a licensed, practicing attorney based in Frederick, Maryland. Plaintiff is a resident of the State of Maryland and more relevant to this matter, a resident and citizen of the United States of America. Plaintiff was representing a

FALZETTA FOIA COMPLAINT- 1

former employee of Defendant at the time the relevant Freedom of Information Act (hereinafter "FOIA") Requests were made.

4. Defendant Department of Commerce is a Department of the Executive Branch of the United States Government and is an agency within the meaning of 5 U.S.C. § 552(f).

**Plaintiff's FOIA Requests and Defendant's Failure to Respond**

5. After several communications narrowing the scope of an original FOIA request made by Plaintiff, on or about March 25, 2015, Plaintiff sent electronic mail correspondence to Brenda Dolan (BDolan1@doc.gov) which constituted a formal FOIA Request for email correspondence since January 1, 2012 from or to a Supervisor named Robert Tomiak which contained certain search terms specified in the request. *See* Electronic Mail FOIA Requests Chain, attached hereto and incorporated fully herein as Exhibit A. At that time, and at all relevant times thereafter, Brenda Dolan was an individual responsible for responding to FOIA requests at the Department of Commerce.

6. On or about May 13, 2015, after not having received any response whatsoever to the aforementioned FOIA request, Plaintiff again sent electronic mail to Brenda Dolan requesting a status of Plaintiff's FOIA response. *See* Ex. A.

7. At all times prior to and after the narrowing of scope of Plaintiff's FOIA request, Defendant indicated that the requested information would be disclosed. *See* Ex. A.

8. To date, Defendant has not provided any of the record requested by Plaintiff pursuant to FOIA, notwithstanding the requirements of FOIA that an agency respond within twenty (20) working days.

9. Plaintiff has exhausted all applicable administrative remedies with respect to this FOIA request to the Department of Commerce.

FALZETTA FOIA COMPLAINT- 2

10. Defendant has wrongfully withheld the requested records and information from Plaintiff.

**Compensatory Damages Related to Defendant's Failure to Respond to the FOIA Request**

11. Plaintiff and his client have been and continued to be financially damaged as a result of Defendant's willful and wanton disregard of the obligations set forth in FOIA.

12. Plaintiff's client, Gregory Falzetta, had a combined 40 years of exemplary military and federal government experience at the time a Supervisor at the Department of Commerce named Robert Tomiak initiated an unwarranted effort at terminating Mr. Falzetta by way of a pretextual Performance Improvement Plan. Prior to that unwarranted effort at termination, Mr. Falzetta had made it very clear that his anticipated retirement date from federal service was to be June, 2016. As a result of, *inter alia*, Defendant's failure to respond to the applicable FOIA Request at issue in this Complaint, Mr. Falzetta was unable to show the true nature of Mr. Tomiak's crusade against him and thus, chose to retire early in March, 2015.

13. Upon information and belief, the financial difference in the monthly pension that Plaintiff's client now receives from having retired in March, 2015 instead of June, 2016 date is approximately three hundred dollars ($300.00) per month.

14. Plaintiff's client was sixty-one (61) years old at the time of his forced retirement.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court order as follows:

(A) That Defendant disclose the requested records in their entireties and make copies available to Plaintiff as soon as possible;

(B) Provide for expeditious proceedings in this action;

(C) Award Plaintiff compensatory damages in the amount of Eighty Thousand Dollars ($80,000.00), costs, and reasonable attorney's fees incurred in this action; and,

(D) Grant such further relief as the Court deems equitable.

Respectfully submitted,

SHOEMAKER LAW LLC

Jason W. Shoemaker, Esq.
151 W. Patrick Street
Frederick, Maryland 21701
301-228-3737
Jason@shoemakerlawllc.com
**Federal Bar ID No. 489748**

FALZETTA FOIA COMPLAINT- 4